UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASERO (deceased), by and through his successor in interest, LINDA GASERO individually and as successor in interest,<br><br>                Plaintiff,<br><br>  v.<br><br>AUTOZONE, INC., JIM KULBACKI and DOES 1-100, inclusive<br><br>                Defendant. | Case No. 2:10-CV-02761 JAM-CMK<br><br><u>ORDER GRANTING DEFENDANT's MOTION TO DISMISS SIXTH AND SEVENTH CAUSES OF ACTION WITH PREJUDICE</u> |

This matter comes before the Court on Defendant's Motion to Dismiss Plaintiff's Sixth and Seventh Causes of Action for loss of consortium and wrongful death.[1] After reviewing the papers and considering the arguments of counsel, the Court orders as follows:

1. Defendant's Motion is GRANTED

2. California's Workers Compensation Act, Cal. Lab. Code § 3200, <u>et seq.</u>, preempts Plaintiff's common law tort claims

---

[1] This motion was determined to be suitable for decision without oral argument. E. D. Cal. L. R. 230(g).  The hearing was scheduled for April 20, 2011.

1

1      for wrongful death and loss of consortium; and
2   3. The Sixth and Seventh Causes of Action in the Complaint for
3      loss of consortium and wrongful death are dismissed with
4      prejudice.
5   IT IS SO ORDERED.
6 Dated: April 18, 2011
7                                        _____
                                         JOHN A. MENDEZ,
                                         UNITED STATES DISTRICT JUDGE