UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASERO (deceased), by and through his successor in interest, LINDA GASERO individually and as successor in interest,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOZONE, INC., JIM KULBACKI and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:10-CV-02761 JAM-CMK<br><br><br><br><br><br><br><br><br>RELATED CASE ORDER |
| TINA WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOZONE, INC., and DOES 1-100, inclusive,<br><br>    Defendants. | <br><br><br><br>Case No. 2:11-CV-00616 FCD-GGH |

     Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | The parties should be aware that relating the cases under
2 | Local Rule 123 merely has the result that these actions are
3 | assigned to the same judge; no consolidation of the actions is
4 | effected.  Under the regular practice of this court, related cases
5 | are generally assigned to the judge to whom the first filed action
6 | was assigned.
7 | IT IS THEREFORE ORDERED that the action denominated 2:11-CV-
8 | 00616 FCD-GGH be reassigned to Judge John A. Mendez for all further
9 | proceedings, and any dates currently set in this reassigned case
10 | only are hereby VACATED.  Henceforth, the caption on documents
11 | filed in the reassigned cases shall be shown as 2:11-CV-00616 JAM-
12 | CMK.
13 | IT IS FURTHER ORDERED that the Clerk of the Court make
14 | appropriate adjustment in the assignment of civil cases to
15 | compensate for this reassignment.
16 | IT IS SO ORDERED.
17 | Dated: July 20, 2011.

/s/ John A. Mendez_____
U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com