MICHAEL HOFFMAN, Bar No. 162496
RONALD D. ARENA, Bar No. 218421
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:  415.433.1414
Facsimile:  415.520.0446
mhoffman@arenahoffman.com
rarena@arenahoffman.com

Attorneys for Defendant AUTOZONE, INC.

LAWRANCE A. BOHM, (208716)
**BOHM LAW GROUP**
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834
Phone:  916-927-5574
Fax:  916-927-2046

JOSEPH M. EARLEY III, (SBN 157400)
**LAW OFFICES OF JOSEPH M. EARLEY III**
5778 The Skyway
Post Office Box 1809
Paradise, CA 95967
(530) 876-1111 – Telephone
(530) 876-1122 – Facsimile

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASERO (deceased), by and through his successor in interest, LINDA GASERO individually and as successor in interest,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., JIM KULBACKI and DOES 1-100, inclusive,<br><br>Defendant. | Case No.  2:10-cv-02761 JAM–CMK<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINES OF THE STATUS (PRETRIAL SCHEDULING) ORDER** |

1

Plaintiffs, by and through their attorneys of record, Lawrance A. Bohm and Joseph M. Earley, III, and Defendant, AUTOZONE, INC., by and through their attorney of record Michael Hoffman and Ronald D. Arena stipulate to modify this Court's Status (Pretrial Scheduling) Order (Doc #10) of March 2, 2011.

## I. EXISTENCE OF GOOD CAUSE

1. Good cause exists in that that the parties are discussing resolution of the dispute and may be able to avoid the burden and expense of pending depositions and related discovery.

2. Further good cause exists in that the date for the close of expert discovery was not previously provided by the Court.

3. Further, neither party would be prejudiced by the requested modification to the Court's Status (Pretrial Scheduling) Order.

## II. STIPULATION

For the foregoing reasons, the parties to this action hereby *STIPULATE AS FOLLOWS*:

1. That the following modifications be made to the Court's Status (Pretrial Scheduling) Order:

|  | **Previous Date:** | **New Date:** |
| --- | --- | --- |
| Non Expert Discovery Cut-Off | February 15, 2012 | February 29, 2012 |
| Expert Discovery Cut-Off | no date provided | March 14, 2012 |
| Last day to file Dispositive Motions | March 21, 2012 | April 4, 2012 |
| Last day Dispositive Motions heard | April 18, 2012 | May 2, 2012 at 9:30 a.m. |
| JOINT Pretrial Statement | May 18, 2012 | June 8, 2012 |
| Final Pretrial Conference | May 25, 2012 | June 15, 2012 at 11:00 a.m. |
| Jury Trial: | July 9, 2012 | July 23, 2012 at 9:00 a.m. |

PDF created with pdfFactory trial version www.pdffactory.com

1
2  Dated: January 24, 2012

3                                             */s/  Michael Hoffman*
                                              MICHAEL HOFFMAN, ESQ.
4                                             RONALD D. ARENA, ESQ.
                                              ARENA HOFFMAN LLP
5                                             Attorneys for Defendant AUTOZONE, INC.

6

7
   Dated: January 24, 2012                    */s/ Lawrance A. Bohm*
8                                             LAWRANCE A. BOHM, ESQ.
                                              JOSEPH M. EARLEY, ESQ.
9                                             BOHM LAW GROUP
                                              Attorneys for Plaintiffs
10

11

12

13  IT IS SO ORDERED:

14  Date:  1/24/2012                          /s/ John A. Mendez
15                                            John A. Mendez
                                              UNITED STATES DISTRICT COURT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

3

GASERO, et al. v. AUTOZONE, INC., et al.                         Lawrance A. Bohm, Esq.
                                                                 Joseph M. Earley, III, Esq.

PDF created with pdfFactory trial version www.pdffactory.com