1  LAWRANCE A. BOHM, Bar No. 208716
   BOHM LAW GROUP
2  4600 Northgate Blvd., Suite 210
   Sacramento, CA 95834
3  Phone (916) 927-5574
   Fax (916) 927-2046
4
5  Attorneys for Plaintiff ANTHONY GASERO, by
   and through his successor in interest, LINDA
6  GASERO individually and as successor in interest

7
8  MICHAEL HOFFMAN, Bar No. 162496
   ARENA HOFFMAN LLP
9  44 Montgomery Street, Suite 3520
   San Francisco, CA  94104-4828
   Telephone:    415.433.1414
10 Facsimile:     415.520.0446

11 Attorneys for Defendant AUTOZONE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASERO (deceased), by and through his successor in interest, LINDA GASERO individually and as successor in interest,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., JIM KULBACKI and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 2:10-CV-02761-JAM-CMK<br><br>**STIPULATON AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)]** |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their attorneys of record and subject to Court approval, to the following:

1.

**STIPULATION FOR DISMISSAL**                                                                                 **10-CV-02761-JAM-CMK**

1. Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant agree to the dismissal of the action with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated: April 27, 2012

                                                    /S/ Lawrance A. Bohm        .
LAWRANCE A. BOHM
BOHM LAW GROUP
Attorneys for Plaintiff

Dated: April 27, 2012

                                                    /S/ Michael Hoffman        .
MICHAEL HOFFMAN
ARENA HOFFMAN LLP
Attorneys for Defendant AUTOZONE, INC.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 4/27/2012

                                         /s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104.4828
415.433.1414

2.

**STIPULATION FOR DISMISSAL**    **10-CV-02761-JAM-CMK**

PDF created with pdfFactory trial version www.pdffactory.com