LAWRANCE A. BOHM, Bar No. 208716
BOHM LAW GROUP
4600 Northgate Blvd., Suite 210
Sacramento, CA 95834
Phone (916) 927-5574
Fax (916) 927-2046

Attorneys for Plaintiff ANTHONY GASERO, by and through his successor in interest, LINDA GASERO individually and as successor in interest

MICHAEL HOFFMAN, Bar No. 162496
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 3520
San Francisco, CA  94104-4828
Telephone:    415.433.1414
Facsimile:    415.520.0446

Attorneys for Defendant AUTOZONE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASERO (deceased), by and through his successor in interest, LINDA GASERO individually and as successor in interest,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., JIM KULBACKI and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 2:10-CV-02761-JAM-CMK<br><br>**STIPULATON AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)]** |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their attorneys of record and subject to Court approval, to the following:

1.

**STIPULATION FOR DISMISSAL**  **10-CV-02761-JAM-CMK**

PDF created with pdfFactory trial version www.pdffactory.com

1. Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant agree to the dismissal of the action with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated: April 27, 2012

      /S/ Lawrance A. Bohm    .
LAWRANCE A. BOHM
BOHM LAW GROUP
Attorneys for Plaintiff

Dated: April 27, 2012

      /S/ Michael Hoffman    .
MICHAEL HOFFMAN
ARENA HOFFMAN LLP
Attorneys for Defendant AUTOZONE, INC.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 4/27/2012

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104.4828
415.433.1414

2.

**STIPULATION FOR DISMISSAL**  **10-CV-02761-JAM-CMK**

PDF created with pdfFactory trial version www.pdffactory.com